816

*Burchmore* for petitioner. *Solicitor General Perlman, Assistant Attorney General Sonnett, Edward Dumbauld, Daniel W. Knowlton* and *Gordon Locke* for respondent.

No. 739. AUGELLI, TRUSTEE IN BANKRUPTCY, ET AL. *v.* OHIO FINANCE CORP.; and

No. 740. AUGELLI, TRUSTEE IN BANKRUPTCY, ET AL. *v.* OHIO FINANCE CORP. C. C. A. 3d. Certiorari denied. *Samuel Milberg* and *Benjamin Gross* for petitioners. *Nathan Bilder* for respondent. Reported below: 165 F. 2d 788.

No. 759. FRANKLIN LIFE INSURANCE Co. *v.* STUART ET AL. C. C. A. 5th. Certiorari denied. *C. K. Bullard* for petitioner. *Dan Moody* for respondents.

No. 681. VIOLA *v.* OHIO. Supreme Court of Ohio. Certiorari denied. *Charles J. Margiotti* for petitioner. *Paul J. Reagen* and *William M. McLain* for respondent.

No. 518. DINEEN, SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, *v.* UNITED STATES, 333 U. S. 842. Rehearing denied.

MAY 17, 1948.

No. 428. PARKER *v.* ILLINOIS. Argued February 13, 1948. Decided May 17, 1948. *Per Curiam:* MR. JUSTICE JACKSON is of the opinion that the writ of certiorari should be dismissed and did not participate in the